UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES L. NORWOOD
a/k/a CHELSY NORWOOD,

        Plaintiff,

v.                                                Case No. 18-C-830

DR. KALLAS, et al.,

        Defendants.

## ORDER

Plaintiff Charles L. Norwood, also known as Chelsy Norwood, filed this 42 U.S.C. § 1983 lawsuit on May 31, 2018. On July 26, 2018, Plaintiff filed an addendum to the complaint, which the court construes as an attempt to amend the complaint. This addendum, however, fails to comply with the Federal Rules of Civil Procedure and local rules governing amendment of pleadings. Civil L.R. 15(a) states:

> Any amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.

Federal Rule of Civil Procedure 8(a)(2) also requires a "short and plain statement of the claim showing that the pleader is entitled to relief." Here, Plaintiff's amended complaint and the addendum do not provide a short and plaint statement of Plaintiff's claims because they require the court and the defendants to "forever sift through [their] pages" to determine which allegations are made against each defendant. *Jennings v. Emr*, 910 F.2d 1434, 1436 (7th Cir. 1990). The amended complaint and addendum also make it difficult "for the defendant to file a responsive pleading and makes it

difficult for the trial court to conduct orderly litigation." *Vicom, Inc. v. Harbridge Merchant Servs., Inc.*, 20 F.3d 771, 775–76 (7th Cir. 1994). Accordingly, Plaintiff's addendum (ECF No. 13) is **STRICKEN** from the action for failure to comply with the Federal Rules of Civil Procedure 8 and Civil L.R. 15.

**SO ORDERED** this  31st  day of July, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court
